# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EMILY MILES, | ) | |
| Plaintiff(s), | ) | Case No. 2:16-cv-02606-JAD-NJK |
| vs. | ) | |
| | ) | ORDER |
| RECEIVABLE PERFORMANCE MANAGEMENT, LLC, | ) | |
| | ) | (Docket No. 6) |
| Defendant(s). | ) | |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 6. The stipulated proposed discovery plan does not contain the certification required by Local Rule 26-1(b)(9).

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order (Docket No. 6). The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than January 17, 2017.

IT IS SO ORDERED.

DATED: January 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge